LIANE S. BINOWITZ, ESQ.
Nevada Bar No. 7482
**GORDON & REES LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
LBinowitz@gordonrees.com

*Attorneys for Defendant*
*MATTHEW VICKERS*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GILDA ROMAN-PADILLA, an Individual, | CASE NO. 2:16-CV-00671-GMN-PAL |
| Plaintiff, | |
| vs. | |
| MATTHEW VICKERS, an individual; DOES I-X; and ROE Corporations I-X, Inclusive, | |
| Defendant. | |

### STIPULATION AND ORDER FOR PLAINTIFF'S INDEPENDENT MEDICAL EXAMINATION

Defendant Matthew Vickers and Plaintiff Gilda Roman Padilla, by and through their respective counsels, respectfully submit this Stipulation and proposed Order for an Independent Medical Examination (neurosurgical) (IME) under Federal Rule of Civil Procedure 35.

…….

…….

…….

…….

…….

……

……

-1-

The parties hereby stipulate that **Plaintiff Gilda Roman-Padilla** will submit to a neurosurgical Independent Medical Examination on September 9, 2016 at 10:00 a.m. at Western Regional Center for Brain and Spine Surgery, 2471 Professional Court, Las Vegas, Nevada, 89128, by Jason E. Garber, M.D.  Plaintiff Gilda Roman-Padilla may not be accompanied at the examination by any individual. The examination will not be audiotaped, videotaped, or recorded.

Dated this 16th day of August 2016.

Respectfully submitted,

GORDON & REES LLP

By: /s/ Liane S. Binowitz
LIANE S. BINOWITZ, ESQ.
Nevada Bar No. 7482
300 South Fourth Street
Suite 1550
Las Vegas, Nevada  89169
*Attorneys for Defendant*
*Matthew Vickers*

Dated this 16th day of August 2016.

LADAH LAW FIRM

By: /s/ Joseph C. Chu
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
517 South Third Street
Las Vegas, NV  89101

*and*

LIBORIUS AGWARA, ESQ.
4693 E. Flamingo Road
Las Vegas, Nevada 89121
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2016

1110352/29306597v.1