ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
LIANE S. BINOWITZ, ESQ.
Nevada Bar No. 7482
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
lbinowitz@grsm.com
rschumacher@grsm.com
*Attorneys for Defendant*
*MATTHEW VICKERS*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GILDA ROMAN-PADILLA, an Individual, | CASE NO. 2:16-CV-00671-GMN-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| MATTHEW VICKERS, an individual; DOES I-X; and ROE Corporations I-X, Inclusive, | |
| Defendant. | |

Plaintiff GILDA ROMAN-PADILLA, by and through her attorneys of record, Joseph C. Chu, Esq. and Ramzy P. Ladah, Esq. with LADAH LAW FIRM and Liborius Agwara, Esq. and Defendant MATHEW VICKERS, by and through his attorneys of record, Robert E. Schumacher, Esq. and Liane S. Binowitz, Esq., with GORDON REES SCULLY MANSUKHANI, LLP

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

hereby stipulate and agree to dismiss the above-captioned matter with prejudice in its entirety and for each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 20 day of March 2018.        DATED this 19th day of March 2018.

**GORDON REES SCULLY**                   **LADAH LAW FIRM**
**MANSUKHANI LLP**

/s/ Liane S. Binowitz                    /s/ Joseph C. Chu
_____              _____
LIANE S. BINOWITZ, ESQ                   JOSEPH C. CHU, ESQ.
Nevada Bar No. 7482                      Nevada Bar No. 11082
300 South Fourth Street, Suite 1550      RAMZY P. LADAH, ESQ.
Las Vegas, Nevada 89101                  Nevada Bar No. 11405
                                         517 South Third Street
*Attorney for Defendant*                 Las Vegas, Nevada 89101
*Mathews Vickers*
                                         *And*

                                         LIBORIUS AGWARA ESQ.
                                         4693 E. Flamingo Road
                                         Las Vegas, Nevada 89121

                                         *Attorneys for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed in its entirety with prejudice, each side to bear its own fees and costs.

DATED this 27 day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March 2018, pursuant to FRCP 5, I served via the CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** postage prepaid and addressed (if necessary) to:

Liborius Agwara, Esq.
**AGWARA & ASSOCIATES**
4693 E. Flamingo Road
Las Vegas, Nevada 89121
Tel: (702) 385-4800 / Fax: (702) 385-4900
agwaralaw@yahoo.com
*Attorney for Plaintiff*

Ramzy P. Ladah, Esq.
Joseph C. Chu, Esq.
**LADAH LAW FIRM**
517 South Third Street
Las Vegas, NV  89101
Tel: (702) 252-0055 / Fax: (702) 248-0055
litigation@ladahlaw.com
*Attorney for Plaintiff*

          */s/ Chelsey Holland*
          An employee of Gordon Rees Scully Mansukhani, LLP